No. 481, October Term, 1963. VIKING THEATRE CORP. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL., 378 U. S. 123; 379 U. S. 872. Motion for leave to file second petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.

No. 543, October Term, 1963. UNITED STATES *v.* MARYLAND FOR THE USE OF MEYER ET AL., *ante,* p. 158. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. [For earlier orders herein, see 375 U. S. 954; 379 U. S. 925.]

No. 4. LEH ET AL. *v.* GENERAL PETROLEUM CORP. ET AL., *ante,* p. 54. Petition for rehearing denied. MR. JUSTICE HARLAN and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

No. 21. UNITED GAS IMPROVEMENT CO. ET AL. *v.* CALLERY PROPERTIES, INC., ET AL.;
No. 22. PUBLIC SERVICE COMMISSION OF NEW YORK *v.* CALLERY PROPERTIES, INC., ET AL.; and
No. 32. FEDERAL POWER COMMISSION *v.* CALLERY PROPERTIES, INC., ET AL., *ante,* p. 223. Petition for rehearing of Superior Oil Co. et al. denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

No. 676, Misc. WALKER *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, *ante,* p. 923. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.